UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSEPH McDANIELS,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>   Defendants. | Case No. 5:14-cv-02594-VBF (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Second Amend Complaint (Dkt. 19, "SAC") filed by Plaintiff Joseph McDaniels ("Plaintiff"), the Motion for Summary Judgment (Dkt. 138, "Motion") filed by defendant United States of America ("Defendant"), Plaintiff's Response to the Motion (Dkt. 141), Defendant's Reply (Dkt. 143), the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 149, "R&R"). No party filed timely objections to the R&R.

IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation is approved and accepted; and

2.     Defendant's Motion (Dkt. 138) is DENIED.

Dated: August 5, 2020

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK

Senior United States District Judge